UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 18 CR 344 |
| vs. | ) | Hon. Edmond E. Chang |
| | ) | |
| SUZANA ARRINGTON | ) | |

### AGREED MOTION TO CONTINUE SENTENCING DATE

NOW COMES Robert A. Loeb, attorney for Suzana Arrington in the above captioned case, and moves to continue the sentencing date in this case to March 23, 2021.

In support of this Motion, Defendant states as follows:

1. Suzana Arrington pled guilty in this case on February 18, 2020.

2. Sentencing is presently scheduled for January 20, 2021.

3. The COVID-19 pandemic has intervened during the interim, and the restrictions of personal contact have interfered with preparations for sentencing; the completion of preparation for sentencing has been hampered and delayed by these restrictions.

4. The parties noted at the plea proceeding, and the Court has also noted, that there is no urgency in regard to the sentencing date. The government has indicated to Counsel that it agrees with this Motion.

5. The Defendant is suggesting the sentencing date of March 23, 2021. This is a suggested date, and Defendant has no objection to a different future date that is convenient for the Court and the parties.

WHEREFORE, Suzana Arrington requests that the Court continue her sentencing to March 23, 2021 .

Respectfully submitted,

1

          /s/ Robert A. Loeb
Robert A. Loeb
Attorney for Suzana Arrington

Robert A. Loeb
190 S. LaSalle St.
Suite 520
Chicago, IL 60603
312-368-0611
robertloeb@att.net
IL ARDC # 1681990.

## CERTIFICATE OF SERVICE

    I hereby certify that on the 11th day of December, 2020, I electronically filed the foregoing Motion with the Clerk of the Court using the ECF system which will send notification of such filing to all parties pursuant to the district court's system as to ECF filers.


   /s/_____

Robert A. Loeb

Robert A. Loeb
190 S. LaSalle St.
Suite 520
Chicago, IL 60603
312-368-0611
robertloeb@att.net
IL ARDC # 1681990