UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18 CR 344 |
| v. | Honorable Edmond E. Chang |
| SUZANA ARRINGTON | **UNDER SEAL** |

# JOINT STATUS REPORT

The UNITED STATES OF AMERICA, by its attorney JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and attorney ROBERT LOEB, on behalf of defendant Suzana Arrington, jointly file this status report in advance of the sentencing hearing scheduled for June 21, 2022 and state as follows:

1. The indictment in this case charged defendant with distribution of a controlled substance, in violation of Title 18, United States Code, Section 841(a)(1) (Counts 1-13). Defendant entered a plea of guilty to Count Nine on February 18, 2020. Dkt. 54. A date for the sentencing hearing has been set. Dkt 79.

2. The parties need additional time to gather all necessary information and adequately prepare their sentencing recommendations.

3. The parties respectfully request scheduling the defendant's sentencing hearing in approximately 90-120 days, at which time the parties anticipate being able to present their recommendations as to the applicable Sentencing Guidelines range, possible departures under the Sentencing Guidelines, and other sentencing factors under 18 U.S.C. § 3553(a).

4.  In light of the ongoing COVID-19 pandemic, the parties respectfully suggest that within 10 days of receiving the final Presentence Report the defendant be allowed to notify the Court as to whether the sentencing hearing be conducted by videoconference or at an in-person hearing.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ *Malgorzata Tracz Kozaka*    /s/ *Robert Loeb*
MALGORZATA TRACZ KOZAKA    ROBERT A. LOEB
Special Assistant U.S. Attorney    Counsel for Defendant
219 S. Dearborn St., Suite 500    190 S. LaSalle St, Suite 1540
Chicago, IL 60604    Chicago, Illinois 60603
(312) 353-5009    robertloeb@att.net
    312-368-0611

Dated: May 2, 2022