UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 18 CR 344 |
| v. | Honorable Edmond E. Chang |
| SUZANA ARRINGTON | **UNDER SEAL** |

**JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, by its attorney MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, and attorney ROBERT LOEB, on behalf of defendant Suzana Arrington, jointly file this status report pursuant to the Court's September 7, 2023 Minute Order, Dkt. 108 and state as follows:

1. Defendant was charged with distribution of a controlled substance, in violation of Title 18, United States Code, Section 841(a)(1) (Counts 1-13). Defendant entered a plea of guilty to Count Nine on February 18, 2020. Dkt. 54.

2. Since pleading guilty, ARRINGTON cooperated in multiple investigations with numerous federal agencies that the parties consider of significant importance and strong public interest. ARRINGTON's involvement in these investigations has concluded, and all anticipated charges have been filed.

3. Specifically, the superseding indictment in 20 CR 750 was returned on October 19, 2022, and included seven defendants. At this time, all defendants residing in the United States have entered guilty pleas and are set to be sentenced within 120 days. Arrest warrants remain outstanding for four defendants. The

government does not anticipate delaying ARRINGTON's sentencing on account of the outstanding arrest warrants.

4.  The parties respectfully request scheduling the defendant's sentencing hearing within 90 days, at which time the parties anticipate presenting their recommendations as to the applicable Sentencing Guidelines range, possible departures under the Sentencing Guidelines, and other sentencing factors under 18 U.S.C. § 3553(a).

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:  /s/ *Malgorzata Tracz Kozaka*  /s/ *Robert Loeb*
MALGORZATA TRACZ KOZAKA  ROBERT A. LOEB
Special Assistant U.S. Attorney  Counsel for Defendant
219 S. Dearborn St., Suite 500  190 S. LaSalle St, Suite 1540
Chicago, IL 60604  Chicago, Illinois 60603
(312) 371-0380  robertloeb@att.net
 312-368-0611

Dated: October 17, 2023